STATE of Missouri, Respondent,

v.

David ARLES, Appellant.

No. WD 34143.

Missouri Court of Appeals, Western District.

Sept. 6, 1983.

As Modified Sept. 13, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for murder, second degree, in violation of § 565.004, RSMo 1978, and assault, first degree, in violation of § 565.050, RSMo Supp.1981.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).